IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. GLS-19-3440 |
| ARTHUR MORGAN, | * | |
| Defendant | * | UNDER SEAL |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Elizabeth Wright, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the criminal complaint, supporting affidavit, and warrant submitted in connection with the above-referenced matter, in that these documents concern an ongoing investigation. Should the individual(s) under investigation become aware of these documents, it could jeopardize the outcome of the investigation and might cause the defendant(s) to flee and avoid apprehension.

WHEREFORE, the government respectfully requests that the criminal complaint, supporting affidavit, and warrant, along with this motion, be placed under seal until further notice.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _Elizabeth Wright_
Elizabeth Wright
Assistant United States Attorney

It is so ORDERED, this 16th day of December, 2019.

_____
Gina L. Simms
United States Magistrate Judge