AO 442 (Rev. 11/11) Arrest Warrant

FILED
LOGGED
ENTERED
RECEIVED

DEC 17 2019



# UNITED STATES DISTRICT COURT

for the

District of Maryland

| United States of America | ) | |
| v. | ) | Case No. GLS-19-3476 |
| | ) | |
| | ) | |
| ARTHUR MORGAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ARTHUR MORGAN

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343          Wire Fraud

Date:   12/16/19

_____
*Issuing officer's signature*

City and state:     Greenbelt, MD

Gina L. Simms, Magistrate Judge, US District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/16/19 , and the person was arrested on *(date)* 12/17/19 at *(city and state)* Lorton, VA . |
| Date: 12/17/2019 |

_____
*Arresting officer's signature*

Kyle Houlihan, SA
*Printed name and title*