___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 1 8 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

vs.     *     Case No.   GLS 19-mj-03476

**ARTHUR MORGAN**     *

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _December 19, 2019_ *(date)* at _12:30 pm_ *(time)* before _Honorable Gina L. Simms_, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom _TBD_.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

December 17, 2019
Date

_____
Gina L. Simms
United States Magistrate Judge

2019 DEC 18 AM 8:45   U.S. MARSHALS GREENBELT, MD.